THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BARKER FREENEY, | ) | |
| AIS #270785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-346-ID |
| | ) | WO |
| JUDGE CHARLES PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that Plaintiff's claims against the named defendant be dismissed with prejudice, and without prejudice as to Plaintiff's right to challenge the constitutionality of the conviction and sentence against him at the appropriate time.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 25th day of May, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE